UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. PETE,<br><br>               Plaintiff,<br><br>       v.<br><br>PROSPER MARKETPLACE AND ALL AFFILIATES,<br><br>               Defendant. | Case No.  26-cv-02493-SK<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the Court's Initial Case Management Scheduling Order, an Initial Case Management Conference ("CMC") was scheduled for June 22, 2026 at 1:30 p.m. via Zoom.  (Dkt. No. 3.)  On June 16, 2026, Plaintiff David R. Pete ("Plaintiff") filed an untimely case management statement.  (Dkt. No. 14.)  In his statement, Plaintiff indicated service has not yet been effectuated on Defendant.  (*Id.* at 2.)

On June 22, 2026, Plaintiff failed to appear before this Court for the Initial CMC.  Plaintiff IS HEREBY ORDERED TO SHOW CAUSE in writing no later than July 22, 2026 why this Court should not dismiss this case for failure to prosecute.

**IT IS SO ORDERED**.

Dated: June 22, 2026

_____
SALLIE KIM
United States Magistrate Judge