UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID R. PETE,

Plaintiff,

v.

PROSPER MARKETPLACE AND ALL AFFILIATES,

Defendant.

Case No. 26-cv-02493-SK

**SUA SPONTE ORDER OF REFERRAL**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Charles R. Breyer to determine whether it is related to *Butler v. Prosper Funding LLC, et al.*, Case No. 25-cv-9381-CRB

**IT IS SO ORDERED**.

Dated: October 5, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California